IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-2714-AP

    Plaintiff,

Emilio Anaya,

    v.

Carolyn Colvin, Acting Commissioner of Social Security,

    Defendant.

**JOINT CASE MANAGEMENT PLAN FOR SOCIAL SECURITY CASE**

**1.    APPEARANCES OF COUNSEL AND *PRO SE* PARTIES**

For Plaintiff:
Kenneth Scott, #24403
Scott Law Offices, P.C.
3801 E. Florida Ave., Suite 400
Denver, CO  80210
(303) 584-9943
kscott@scottlawofficespc.com

For Defendant:
James Burgess
Office of the General Counsel
1961 Stout St., Suite 4169
Denver, CO  80294
(303) 844-1856
James.Burgess@ssa.gov

**2.    STATEMENT OF LEGAL BASIS FOR SUBJECT MATTER JURISDICTION**

The Court has jurisdiction based on section 205(g) of the Social Security Act, 42 U.S.C. 405(g).

**3.    DATES OF FILING OF RELEVANT PLEADINGS**

    **A.**    **Date Complaint Was Filed:  October 3, 2013**

    **B.**    **Date Complaint  Was Served on U.S. Attorney's Office: January 22, 2014**

        C.        Date Answer and Administrative Record Were Filed: March 11, 2013

**4.    STATEMENT REGARDING THE ADEQUACY OF THE RECORD**

        The parties believe the record to be adequate at this time.

**5.    STATEMENT REGARDING ADDITIONAL EVIDENCE**

        At this time, neither party anticipates the submission of additional evidence.

**6.    STATEMENT REGARDING WHETHER THIS CASE RAISES UNUSUAL CLAIMS OR DEFENSES**

        The parties agree that this case does not raise unusual claims or defenses.

**7.    OTHER MATTERS**

        This case is not an appeal of a previously remanded case, and there are no other matters to be brought to the attention of the Court.

**8.    BRIEFING SCHEDULE**

        A.        **Plaintiff's Opening Brief Due: May 12, 2014**

        B.        **Defendant's Response Brief Due: June 11, 2014**

        C.        **Plaintiff's Reply Brief (If Any) Due: June 26, 2014**

**9.    STATEMENTS REGARDING ORAL ARGUMENT**

        The parties do not request oral argument.

**10.    CONSENT TO EXERCISE OF JURISDICTION BY MAGISTRATE JUDGE**

        B.    ( x )    All parties have not consented to the exercise of jurisdiction of a United States Magistrate Judge.

**11.    AMENDMENTS TO JOINT CASE MANAGEMENT PLAN**

THE PARTIES FILING MOTIONS FOR EXTENSION OF TIME OR CONTINUANCES MUST COMPLY WITH D.C.COLO.LCivR 7.1(C) BY SUBMITTING PROOF THAT A COPY OF THE MOTION HAS BEEN SERVED UPON THE <u>MOVING ATTORNEY'S CLIENT</u>, ALL ATTORNEYS OF RECORD, AND ALL PRO SE PARTIES.

***The parties agree that the Joint Case Management Plan may be altered or amended only upon a showing of <u>good cause</u>.***

DATED this 1st day of April, 2014.

BY THE COURT:

*s/John L. Kane*
U.S. DISTRICT COURT JUDGE

APPROVED:                                                                    UNITED STATES ATTORNEY

s/Kenneth Scott                                                              s/James Burgess
Attorney for Plaintiff                                                       Special Assistant U.S. Attorney
3801 E. Florida Ave., Suite 400                                              Office of General Counsel
Denver, CO  80210                                                            1961 Stout St., Suite 4169
(303) 584-9943                                                               Denver, CO  80294
kscott@scottlawofficespc.com                                                 (303) 844-1856
                                                                             James.Burgess@ssa.gov